AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __Ohio__

JGR, INC.

**JUDGMENT IN A CIVIL CASE**

V.

THOMASVILLE FURNITURE INDUSTRIES

Case Number:     1:96CV1780

X **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

  This action came before the Court and a jury.  The jury having rendered a verdict for the plaintiff on damages in the amount of $6,830,000.00.  Therefore, judgment is hereby rendered for the plaintiff and against the defendant.

  This judgment order is hereby entered pursuant to Federal Rule of Civil Procedure 58 and this action is terminated.

| September 5, 2006 | Geri M. Smith |
|---|---|
| Date | Clerk |
|  | *S/Victoria Kirkpatrick* |
|  | (By) Deputy Clerk |